UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JENNIFER NETTIS,
    Plaintiff,
             :        CIVIL CASE NO.: 3:10 CV 01445 (CFD)

v.

FIRST STUDENT, INC.
    Defendant.
             :        APRIL 27, 2011

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties

through their undersigned counsel who are authorized by their respective clients to execute this

Stipulation, that the above captioned action be dismissed, in its entirety as to all parties, with

prejudice, and with no award of attorneys' fees, costs and/or disbursements to any party.

Respectfully submitted,

DEFENDANT,
FIRST STUDENT, INC.

By: _____
James F. Shea (ct 16750)
Alison Jacobs Wice (ct 21771)
Jackson Lewis LLP
90 Statehouse Square
8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330
Email: sheaj@jacksonlewis.com
wicea@jacksonlewis.com

PLAINTIFF,
JENNIFER NETTIS

By: _____
Max L. Rosenberg (ct 26742)
Ilya Press (ct 25730)
Rosenberg & Press, LLC
3333 Main Street, Suite 203
Stratford, CT 06614
P: (203) 870.6700
F: (860) 870.6701
Email: maxlrosenberg@yahoo.com
pressilya@hotmail.com